# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER REGINALD BEASLEY, JR., <br><br> Petitioner, <br><br> v. <br><br> TAMMY L. CAMPBELL, <br><br> Respondent. | Case No. 5:24-cv-00559-SB-BFM <br><br> FINAL JUDGMENT |

For the reasons set forth in the accompanying Order Accepting Findings, Conclusions, and Recommendations of U.S. Magistrate Judge, the above-captioned action is dismissed with prejudice.

Date: February 27, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge